IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 1 2 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| JEFFERY T. ARRINGTON, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0213 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION,
## and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison

disciplinary case. On August 22, 2006, the United States Magistrate Judge issued a Report and

Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be

denied. On August 28, 2006, respondent filed objections to the Report and Recommendation. As of

this date, no objections to the Report and Recommendation have been filed of record by petitioner.

The undersigned United States District Judge has made an independent examination of the

record in this case. Respondent's objections are without merit and are hereby OVERRULED. The

Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for

a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this ___12th___ day of ___September___ 2006.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE